IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| PASADENA REFINING SYSTEM, INC., | § § § § | |
|---|---|---|
| Petitioner, | § § | CIVIL NO. 3:10-CV-785-K |
| v. | § § | |
| UNITED STATES OF AMERICA, | § § | |
| Respondent. | § § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court has made a *de novo* review of the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as well as the Respondent's Objections filed on May 10, 2011, and Petitioner's Objections filed on May 11, 2011.

All objections are **OVERRULED**. The Court accepts and adopts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, as the Findings and Conclusions of the Court.

**SO ORDERED.**

Signed this 19th day of May, 2011.

*Ed Kinkeade*
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE